FILED

2015 OCT 13 PM 2:20

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Georgia L. Thompson
3718 Jefferson Commons Dr. # 202A
Tampa, Florida 33613
Plaintiff (s)

Case No: 8:15 cv 2403 T23AEP
Division:

Vs.

Greystar
18 Broad St. Suite 300
Charleston, SC 29401
d/b/a
Venue at North Campus Apartments
13702 North 42nd Street LLC.
Tampa, Florida 33613
Defendant (s)

## COMPAINT
## DEMAND TRIAL BY JURY

The Plaintiff Georgia Thompson sues the Defendant Greystar for Discrimination and says as follows:

1. This is an action at law within the jurisdiction of this Court as a matter in controversy, which exceeds the sum of $ 15,000, exclusive of interest, attorney's fees, if any, and cost.

2. The Plaintiff Georgia Thompson is an individual and is a resident of Hillsborough County, Florida.

3. The Defendant Greystar is an investment management service that oversees a $12 billion global real estate portfolio, including the Venue at North Campus Apartments, which is a Student Housing Complex located in Tampa, Florida.

## Statements of facts

4. My daughter Jasmine Peters is a resident at the Venue apartments and I am using their 24 hr. facility, because I am currently pursuing a federal lawsuit against the Pointe at South Florida. I have been using the computer in the clubhouse at the Venue to type up my complaint, and research information, because I do not have a computer of my own. I use the clubhouse everyday, and sometimes I am there until 5 in the morning. The staff in the office began to notice that, and I started receiving messages on the computer that stated that there was an unusual amount of activity on the computer , and I was prompted to type the text that was displayed on the screen before I could go to a website. I thought that was strange, being that so many people use the computer. I went in the computer room one day and a young lady was using the computer that I normally use, so I used another computer that was next to her. She asked me if I was a USF student and I told no, and I continued with my work, then she asked me what school did I go to, and I told her that my daughter is a student and she lives here. She got on her phone and started texting, as if she was relaying the information to someone. Not long after that I got another message on the computer requesting that I type in another text, because of unusual activity. I asked her if she was ever prompted to type in a text and she said that they were always popping up, I didn't believe her because they recently starting popping up on the screen along with a message stating that a virus was on the computer.

5. The Venue are also monitoring my activities on the computer and passing my personal information on to the Pointe at South Florida, about what I am typing in my complaint. In my complaint I indicated that I was being discriminated against by the Pointe because I had no where to put my items in the kitchen, and my roommates were using all the cabinets and pantry space. I notified the Pointe of the situation and they refuse to assist me and talk to my roommates about making space for my things. I also asked my daughter to sign the lease in her name and she did, but we did not notify the Pointe of that fact. However they were aware because I printed my name along with my my daughter's name on the mail box and I was receiving mail there

but my daughter wasn't. One of my roommates Montasia Land, noticed that, and started referring to me by my name. The apartment manager along with the entire staff was aware of that fact but said nothing, the Pointe at South Florida felt that because my name was not on the lease that I was not entitled to fair treatment. My roommates and I are not on good terms, and the issue was escalating, so I told the regional manager at the Pointe that one of my roommates had two other women living in the apartment. I also said that they were moving my things in the refrigerator, and causing problems for me and also using racial slurs. I also mentioned in the complaint that we were scheduled to have a mediation, but the purpose of the mediation was not rectify the issue, it was to establish the fact that my name is not Jasmine Peters, so they could evict me from the apartment, because it was obvious that they didn't want me there. I also stated that I was being discriminated against but I didn't state what kind of discrimination it was. We had the mediation, and a Black office staff conducted the meeting and offered no relief to the situation. I also introduced myself as Jasmine Peters and Montasia said nothing because the Venue had already informed them of everything that I wrote in my complaint before it was submitted. If they evicted me it would be unlawful and that would substantiate my claim, so they pretended as if they weren't aware.

6. I also mentioned that I was treating a nail fungus with Apple Cider Vinegar, which has a strong odor, so Montasia placed two cans of air freshener on the kitchen counter, and had the cans facing my room so I could see it, along with a coffee cup that had "Fresh Coffee", printed on it. The Venue notified them of that also and Montasia placed a cup next to the coffee cup, with garbage in it. They also wouldn't take their mail out the mail box, and after they found out that I filed a discrimination complaint against them, they have been making slight changes to cover their tracks. They were also trying to prevent me from using the mailbox and when the Venue notified them about the complaint, they removed the mail the following day. Usually the mailbox it filled with mail, but when I checked it, it was empty. I had to check to see if I had the right mailbox because it was so filled with mail. My roommates allowed me to have a shelf in the refrigerator for my food, but started adding their things to my shelf shortly after.

7. Whenever I visit the computer lab, I notice that I see same two people all every time that I am there, the young lady who asked me if I am a student at USF, and a guy that also started sitting in the seat that I usually sit in. The purpose of that is to intimidate me, so I won't use the computer. Not long after I started using the computer, the temperature in the computer room got very cold, so I starting bringing a sweater. A few days later the air was off and it was very hot in there, however the air was working fine in every other room in the clubhouse. I requested in my complaint that I would like to have a one bedroom apartment, free of any rental obligation and the Venue had someone standing outside one morning handing out free breakfast from McDonalds. Usually when there is an event or they are offering anything to their residents, they normally send an email to that effect and no email was sent to the residents pertaining to that event. When I first starting working on my complaint, I was having some trouble printing my paper and I asked someone to assist me. A young man by the name of Jerry Williams assisted me and saw that the complaint was for the Pointe and could have notified the Venue of that. He did not have enough time to read the entire complaint and could not know every detail that pertained to the case. My daughter applied for a position in the office at the Venue and was denied the position because of her race. The Venue has an all-white office staff, and the residents are mainly white also. They offered the position to a white person, because they did not want a black person working in their office when a white person comes in, looking to sign a lease with them. My daughter is more than qualified for the position, she has an Associates of Science degree and is currently working on her Bachelors at the University of South Florida. She had a managerial position with Garage clothing store and was selected for best employee every month. The company paid for an all expense trip to Canada for her and She was a member of the Nation Honors Society and also a member of Phi Beta Kappa. She excels at everything she does, and is more than qualified for the position.

## COUNT I
## Offenses against Intellectual Property

8. The Defendant contaminated the computer system with a virus in hopes of destroying my saved data, which is unlawful, pursuant to Florida Statue 815.04 (1).

9. The Defendant accessed my personal information without my authorization and disclose my information to a third party, which is unlawful, pursuant to Florida Statue 815.06 (2) (a),(e),(f), which is a 3rd degree felony.

10. The Defendants sole purpose of disclosing my information to the Pointe at South Florida was to sabotage my case, which is unlawful, pursuant to Florida Statue 775.083 (2),(4) (c) which is 1st degree felony.

11. The Defendant has committed multiple offenses against intellectual property, and I am entitled to damages in which this Court has jurisdiction to enforce, pursuant to Florida Statute 815.06 (5) (a).

WHEREFORE, I demand an award for damages against the Defendant Greystar for $1 Million prejudgment interest, reasonable attorney's fees, Taxable cost incurred in connection with the maintenance of this action, and for any other relief.

## COUNT II
## Discrimination/Violation of the Civil Rights Act

12. The Defendant restricted my access to the computer room by sending messages of unusual activities to the computer that I was using , that prevented me from accessing the internet, therefore committing an act of discrimination, pursuant to Florida Statue, 760.22 (4) (6)

13. The Defendant turned off the air conditioning in the computer room in an attempt to bar me from using the computer.

14. The Defendant had numerous people to try and intimidate me in hopes of me not returning to use their facility, when I had every right to be here.

15. The Defendant refused to make reasonable accommodations to afford me with equal opportunity in the dwelling,

16. The Defendant Greystar has committed and act of discrimination against me which is a violation of my civil rights as an individual, pursuant to Florida Statue 760.23 (2), and I am entitled to damages in which this Court has jurisdiction to enforce.

WHEREFORE, I demand an award for damages against the Defendant Greystar for $1 Million prejudgment interest, reasonable attorney's fees, Taxable cost incurred in connection with the maintenance of this action, and for any other relief.

## Count III
## Civil Remedies for Criminal Act

17. The Defendant accessed my personal information on the computer and the information to a third party, whom I am having a legal dispute with.

18. The Defendant monitored my activity on the computer without my consent and contaminated the system with a virus in hopes of destroying my files, pursuant to Florida Statue 815.06 (2)(a).

19. The Defendant willfully intended to damage my case with the Pointe at South Florida by releasing my information to them before they were served, which is a 1st. degree felony, pursuant to Florida Statue 775.084 (2) (c)

20. The Defendant violated the Fair Housing Act, by restricted my use of the facility and denying me access on the computer.

21. The Defendant Greystar has committed multiple criminal acts against me, therefore I am entitled to damages in which this Court has jurisdiction to enforce.

WHEREFORE, I demand an award for damages against the Defendant Greystar for $1 Million prejudgment interest, reasonable attorney's fees, Taxable cost incurred in connection with the maintenance of this action, and for any other relief.

## Count IV
## Intentional Infliction of Emotional Distress

22. I was afraid to use the computer at the Venue or even leave the property at night because of the steps that was taken by the Defendant to prevent me from using their facility.

23. The Defendant did not take my feeling into consideration when they disclosed my information to the Pointe at South Florida nor did they care how it would affect my case.

24. I have been unable to have a decent night sleep, since the situation began, I stop taking care of myself like I use to and has been very depressed and worried. I am even more insulted by the cover up of their actions.

25. I have been humiliated and embarrassed by these events and I am very sad about the entire situation, because I have done nothing to deserve this treatment. My daughter is a resident of the Venue and is in good standing with them, I have every right to use their facility as much as anyone else. I am being treated like I don't matter, and I feel very disrespected.

26. The Defendant Greystar has inflicted intentional emotional distress upon me and I am entitled to damages, in which this Court has jurisdiction to enforce.

WHEREFORE, I demand an award for damages against the Defendant Greystar for $1 Million prejudgment interest, reasonable attorney's fees, Taxable cost incurred in connection with the maintenance of this action, and for any other relief.

## COUNT V
## Offenses against a user of computer

27. The Defendant disclosed my information to the Pointe at South Florida and tried to sabotage my case, which is unlawful, pursuant to Florida Statue 775.085 (2) (c) which is 1st degree felony (b).

28. I re-allege and incorporate paragraph 1 through 7 above.

29. This is an action for damages and criminal penalties, pursuant to Florida Statue 775.084

30. The Defendant Greystar has committed an offense against me, and I am entitled to damages in which this Court has jurisdiction to enforce.

WHEREFORE, I demand an award for damages against the Defendant Greystar for $1 Million prejudgment interest, reasonable attorney's fees, Taxable cost incurred in connection with the maintenance of this action, and for any other relief.

## COUNT VI
## Damages and Injunction

31. The allegations common to all counts above are hereby incorporated herein by this reference, further would show as follows:

32. The Defendant created a threatening environment for me by tying to Intimidate me, in hopes preventing me from using the facilities.

33. The Defendant had an unusual amount of African American people in Computer when I was in there, in hopes of trying to prove that they are not racist. However, my complaint against them is on the basis of individuality.

34. The Defendant took negative and damaging actions against me, therefore resulting in pain and suffering, embarrassment and humiliation, and I am entitled to an award for damages, in which this Court has jurisdiction to enforce.

WHEREFORE, I demand an award for damages against the Defendant Greystar for $1 Million prejudgment interest, reasonable attorney's fees, Taxable cost incurred in connection with the maintenance of this action, and for any other relief.

3718 Jefferson Commons Dr. # 202A
Tampa, Florida 33613
Phone: (954) 639- 5884
Alt. Phone: (954) 663-4483
Email: galthmps816@gmail.com

Georgia L. Thompson Date: 10-13-15

The Venue is not allowing me to print my information about this complaint, so it is being hand written. On October 12th 2015, I was at the Venue Apartments and I was about to print out the information on their property, when someone came in and beat me to the printer. She printed about 50 pages and when she was finished the printer stopped working. I went back the following day and Jerry Williams and another young lady that's usually there was in the computer room. There was another guy that was sitting in the seat that I usually sit into print, because I am not familiar with printing from the other computers. I sat somewhere else and I waited for the guy to get up, and when he did, I sat down and waited, because I knew that they did not want me there or using their printer. My daughter came in the room shortly after and told me that she had to print out her assignment so she used the printer in the office because the printer in the computer room was not working. I went to the office and I asked if I could use the printer and they told me that I could. I sat down and tried to print my information but the printer that was next to me would not print. I asked the office assistant for help and she told me that I should select another printer and the information would print in the back office, she told me that I should let her know when I was finished so she could get my information for me. I didn't print anything and left. I have reason to believe that I am being followed when I leave my apartment complex at the Pointe. Every time I arrive at the Venue the same people, All African-American, are there to prevent me from using the computer and printer. Sometimes I run errands before going to the Venue and when I arrive there is always someone in the seats that I usually sit in.

The Venue is aware that I am filing a complaint against them and they are doing everything to stop me. The case number for the complaint that I filed against the Pointe is 8:2015CV02361, presiding Judge Virginia M. Hernander Covington. I am afraid to go anywhere because I don't know what they would do. Both Apartment Complex have Retaliated against me, and the Venue are sending guys in the Computer Room to scare me into leaving.

[signature] 10-13-15

Georgia Thompson
3718 Jefferson Commons Dr. #202A
Tampa, fl 33613
956-663-4483
or
954-~~639-5884~~
954-639-5884