UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGIA L. THOMPSON,

    Plaintiff,

v.                                                    Case No. 8:15-cv-2403-T-23AEP

GREYSTAR,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

This cause comes before the Court *sua sponte*. On December 21, 2015, the Court entered an Order denying Plaintiff's construed motion to proceed *in forma pauperis* without prejudice and allowing Plaintiff until January 21, 2016, to file an amended complaint that corrected the noted deficiencies and to renew her request to proceed *in forma pauperis* (Doc. 10). The Order also indicated that failure to file an amended complaint within the allotted time would result in a recommendation of dismissal. Despite the Court's warning regarding dismissal, Plaintiff failed to file an amended complaint within the allotted time. As such, it appears that Plaintiff is not diligently prosecuting this matter. Based on the foregoing, it is hereby

    RECOMMENDED:

    1. The action be DISMISSED for want of prosecution.

    2. The Clerk be directed to terminate any deadlines and close the case.

IT IS SO REPORTED in Tampa, Florida, on this 18th day of February, 2016.

ANTHONY E. PORCELLI
United States Magistrate Judge

**<u>NOTICE TO PARTIES</u>**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

cc: Hon. Steven D. Merryday
    Counsel of Record