UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGIA L. THOMPSON,

    Plaintiff,

v.                                                       CASE NO. 8:15-cv-2403-T-23AEP

GREYSTAR,

    Defendant.
_____/

## **ORDER**

    A February 18, 2016 report (Doc. 12) recommends dismissing this action for want of prosecution.  More than seventeen days has passed, and no party objects.  Accordingly, the report and recommendation (Doc. 12) is **ADOPTED**.  For the reasons stated in the report and recommendation, this action is **DISMISSED**.  The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on March 9, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE